Date: 11/05/10        DIVIDENDS REMITTED TO THE COURT        Page: 1

Check Number 1020 Dated 11/05/10
Case Number 07-30388 - SCHOOLCRAFT, DAVID ALLEN

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Willingham & Cote' PC<br>333 Albert Ave, Ste 500<br>East Lansing, MI 48826 | 000002 | 350.00 | 2.75 |
| Innovative Merchant Solutions<br>26541 Agoura Rd #200<br>Calabasas, CA 91302 | 000007 | 17.45 | 0.14 |
| Ideal Self Storage<br>C/O Ann Arbor Credit Bureau<br>P.O.Box 7820<br>Ann Arbor, MI 48107-7820 | 000008 | 359.02 | 2.82 |
| Pat Murray & Associates, Inc.<br>10524 Grand Rive, Ste. 101<br>Brighton, MI 48116 | 000009 | 401.00 | 3.14 |
| Toni Tripp<br>5405 E. Howell road<br>Webberville, MI 48892 | 000010 | 561.00 | 4.40 |
| Leroy Township<br>Roberta M. Hamlin, Treasurer<br>315 W. Walnut, PO Box 416<br>Webberville, MI 48892 | 000020 | 29.67 | 0.23 |
| ---------- Remittance Total ---------- | | 1,718.14 | 13.48 |

_____
Michael A. Mason, Trustee