UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

In the Matter of					File No.  07-30388

						Chapter 7

DAVID ALLEN SCHOOLCRAFT,
						JUDGE DANIEL S. OPPERMAN

        Debtor.
_____/

**NOTICE OF UNCLAIMED DIVIDENDS**

TO THE CLERK OF THE COURT:

Unclaimed dividends are being turned over to the U.S. Bankruptcy Court in the amount of $235.33 for Claim # 000013 – Kelly M. Hagan, as Successor Bankruptcy Trustee to Rose Bareham, Bankruptcy estate of Joseph K. Cox, P.O. Box 207, Grand Ledge, Michigan 48837

The last known address of the claimant used to forward the above mentioned funds was:
Kelly M. Hagan
as Successor Bankruptcy Trustee
to Rose Bareham, Bankruptcy estate of
Joseph K. Cox
P.O. Box 207
Grand Ledge, MI 48837


Dated: February 11, 2011

                                                          /s/ Michael A. Mason
                                                          Michael A. Mason, Trustee
                                                          516 W. Court Street
                                                          Flint, MI 48503
                                                          Telephone: (810) 234-9201
                                                          Email: mamtrustee@sbcglobal.net
                                                          P-17185

Prepared by:
Michael A. Mason
516 W. Court Street
Flint, MI  48503
Telephone: (810) 234-9201
Email:  mamtrustee@sbcglobal.net
(P17185)